# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1380
_____

TORREY D. WALKER,

    Appellant,

v.

CIRCUIT JUDGE SJOSTROM of the
Second Judicial Circuit Court,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.

April 27, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Torrey D. Walker, pro se, Appellant.

James Uthmeier, Attorney General, and Elizabeth Teegen, Chief Assistant Attorney General, Tallahassee, for Appellee.